# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TYREE LAWSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-2432** |
| | : | |
| MELISSA DELLIPONTE, | : | |
| Defendant. | : | |

| TYREE LAWSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-2434** |
| | : | |
| JAIME LUQUIS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 24th day of July, 2019, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1. Lawson's Motions to Proceed *In Forma Pauperis* (Civ. A. No. 19-2432, ECF No. 6; Civ. A. No. 19-2434, ECF No. 6) are **DENIED** with prejudice pursuant to 28 U.S.C. § 1915(g).

2. If Lawson seeks to proceed with these cases he shall, within thirty (30) days of the date of this Order, submit $400 (the $350 filing fee and $50 administrative fee) to the Clerk of Court for each case.

3. If Lawson fails to comply with this Order, his cases may be dismissed without

prejudice for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**

**GERALD A. McHUGH, J.**